# EXHIBIT 2

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF re: (1) Non Patent Infringement; (2) Invalidity of Patent; and (3) Unfair Competition Under State Law

12


PATENT LICENSING ALLIANCE

May 6, 2016

**VIA FEDERAL EXPRESS & ELECTRONIC MAIL**

Yukon Palmer, President
Veracity Wireless, Inc.
8305 Vickers St., Ste 1111
San Diego, CA 92111
888.803.0200

    Re:    *U.S. Patent No. 6,958,701 – Transportation Monitoring System for Detecting the Approach of a Specific Vehicle ("Transportation Monitoring Patent")*

Dear Mr. Palmer:

Your FieldLogix employs the technology claimed and disclosed in United States Patent 6,958,701. *See* attached claim chart. The patented technology embodied in the Transportation Monitoring Patent was developed by John and Mark Storkamp and Ronald Menzhuber in 2002, and subsequently assigned to Virtual Fleet Management, LLC this year.

Our research group and legal team have reviewed FieldLogix and believe that it utilizes the technology claimed and disclosed in the Transportation Monitoring Patent. Because of the time and effort it took the Storkamps and Mr. Menzhuber to develop and protect this proprietary project coupled with the ever-increasing instances of improper use without a license, Virtual Fleet has been enforcing its intellectual property rights. Despite Virtual Fleet's enforcement efforts, the company prefers to license its technology to companies who have used and continue to need technology the patent provides.

The Patent requires a license if you intend to continue to sell these products. Under the patent statute 35 U.S.C. 271:

> (a) Except as otherwise provided in this title, whoever without authority **makes, uses, offers to sell, or sells** any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

> (b) Whoever actively induces infringement of a patent shall be liable as an infringer.

We are interested in reaching a direct, negotiated (and without litigation) licensing arrangement for all of your uses of the Transportation Monitoring Patent under your brand names and would like to discuss this matter with you. Should you desire any additional information, please do not hesitate to ask. Please contact us at your earliest convenience.

Yukon Palmer, President
Veracity Wireless Inc.
5/6/16
Page 2 of 2

Transportation Monitoring Patent

Sincerely,

PATENT LICENSING ALLIANCE
Kyla Welch / Account Manager

kyla@licensingalliance.com
P: 801.890.3566

See enclosed:

    Tab 1 - Notice

    Tab 2 - US Patent 6,958,701

    Tab 3 - Claim Chart and Exhibits

Patent Licensing Alliance
5251 South Green St., Suite 350
Murray, UT 84123