# EXHIBIT 3

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF re: (1) Non Patent Infringement; (2) Invalidity of Patent; and (3) Unfair Competition Under State Law

13



### RE: FieldLogix - and U.S. Patent No. 6,958,701

**Yukon Palmer** <yjpalmer@fieldtechnologies.com>   Mon, May 16, 2016 at 3:00 PM
To: kyla@licensingalliance.com
Cc: legal@fieldtechnologies.com

Ms. Welch,

This is to acknowledge receipt of your letter dated May 6, 2016 regarding technology claimed in US Patent number 6,958,701.

We will respond to this letter by July 15, 2016, provided that you answer the questions below on or before May 27, 2016.

We are requesting the following information from you:

1. The specific claim in your patent that you believe that we are infringing upon;

2. Your proposed licensing fees and ter;

3. A list of GPS fleet management providers that are currently licensing the technology in this patent from you.

Regards,
Yukon Palmer
CEO

--



Yukon Palmer
Chief Service Promoter
888-803-0200 x 131