1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 4

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF re: (1) Non Patent Infringement; (2) Invalidity of Patent; and (3) Unfair Competition Under State Law

14

FieldLogix
8305 Vickers St. Ste. 101
San Diego, CA 92111
Toll Free: 888-803-0200
Fax: 858-863-4060



July 14, 2016

VIA USPS CERTIFIED MAIL

Patent Licensing Alliance
5251 South Green St., Suite 350
Murray, UT 84123

To whom it may concern:

This letter is in response to your letter dated May 6, 2016.

I attempted to reach out to your firm through the provided e-mail address of kyla@licensingallinace.com on May 16, 2016 requesting the following items:

1. The specific claim in your patent that you believe that we are infringing upon;

2. Your proposed licensing fees;

3. A list of GPS fleet management providers that are currently licensing the technology claimed in this patent from you.

I have not received a response from you.

*Here is our official response to your claim:*

1. We deny that we are infringing upon patent No. 6,958,701;

2. Prior art exists that could potentially invalidate your patent.

We have successfully disputed patent infringement claims from ArrivalStar S.A. (patent Nos. 6,714,859 & 6,804,606) regarding the technology also claimed in your patent. In this case, we discovered prior art from HighwayMaster Corporation who commercialized a technology referred to as "Rolling ETA" in 1996[(1)]. In addition, we believe that the patent by ArrivalStar dated August 21, 2001 could also potentially invalidate your patent.

Our preferred response to patent infringement claims is to dispute the claim through the courts and we have been successful to date. In many cases, the courts have ruled the patents invalid.

888-803-0200
fieldlogix.com

1 of 2

[1] http://www.thefreelibrary.com/HighwayMaster+launches+Rolling+ETA+after+100+percent+successful+test.-a018109586

Regards:

Yukon Palmer
CEO
FieldLogix