1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 5

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF re: (1) Non Patent Infringement; (2) Invalidity of Patent; and (3) Unfair Competition Under State Law

15



Yukon Palmer <yjpalmer@fieldtechnologies.com>

---

## Response to Letter Dated May 6, 2016 Regarding Patent No. 6,958,701

**Joseph Pia** <joe.pia@padrm.com>　　　　　　　　　　　　　　　　　　　　　　Wed, Jul 27, 2016 at 10:07 AM
To: "yjpalmer@fieldtechnologies.com" <yjpalmer@fieldtechnologies.com>
Cc: Kyla Welch <kyla@licensingalliance.com>

Dear Yukon,

I and my firm are litigation counsel for Virtual Fleet.  We have and continue to bring suits with respect to this patented technology.  My client believes that a better route with FieldLogix is a business discussion.  Consequently, we'd like to continue to pursue such discussions as long as you are willing to meaningfully participate in the process.

To answer your questions, please see my responses below:

1. *The specific claim in your patent that you believe that we are infringing upon;*

**Attached to this email is a copy of the claim chart showing an analysis of claims 10 and 14.**

2. *Your proposed licensing fees;*

**Attached to this email is a draft perpetual, paid-in full license agreement with the license fee of $11,000 per year for the remaining life of the patent, 7 years.  We estimate this to be about 1% of sales.  Virtual Fleet will consider a counter offer, and if you prefer, a lump sum payment rather than ongoing payments.**

3. *A list of GPS fleet management providers that are currently licensing the technology claimed in this patent from you.*

**The license agreements are confidential.  If you are interested in reviewing some of this information, we will send you a Confidentiality Agreement that once signed will give us some latitude in discussing other agreements on a purely confidential basis.**

As mentioned above, my and my firm's involvement with the client is primarily for litigation purposes.  We encourage you to continue discussions with Kyla, who represents Virtual Fleet in its business discussions.  She is quite capable of working out an arrangement with you on terms acceptable to both sides.

Joe Pia

PIA ANDERSON DORIUS REYNARD & MOSS

Salt Lake City:  136 E. South Temple Street, Suite 1900, UT 84111

Milwaukee: 400 North Broadway, Suite 303, WI 53202

Dallas:         925 South Main Street, Suite 3412, TX 76051

P. 801-350-9000     F. 801-350-9010    Asst: 801-350-9014

Joe.Pia@PADRM.com www.PADRM.com

----------------

**From:** Yukon Palmer [mailto:yjpalmer@fieldtechnologies.com]
**Sent:** Monday, July 18, 2016 5:01 PM
**To:** Kyla Welch <kyla@licensingalliance.com>
**Cc:** legal@fieldtechnologies.com
**Subject:** Response to Letter Dated May 6, 2016 Regarding Patent No. 6,958,701

This letter is in response to your letter dated May 6, 2016.

I attempted to reach out to your firm through the provided e-mail address of kyla@licensingallinace.com on May 16, 2016 requesting the following items:

1. The specific claim in your patent that you believe that we are infringing upon;

2. Your proposed licensing fees;

3. A list of GPS fleet management providers that are currently licensing the technology claimed in this patent from you.

I have not received a response from you.

**Here is our official response to your claim:**

1. We deny that we are infringing upon patent No. 6,958,701;

2. Prior art exists that could potentially invalidate your patent.

We have successfully disputed patent infringement claims from ArrivalStar S.A. (patent Nos. 6,714,859 & 6,804,606) regarding the technology also claimed in your patent.  In this case, we discovered prior art from HighwayMaster Corporation who commercialized a technology referred to as "Rolling ETA" in 1996 [1].  In addition, we believe that the patent by ArrivalStar dated August 21, 2001 could also potentially invalidate your patent.

Our preferred response to patent infringement claims is to dispute the claim through the courts and we have been successful to date.  In many cases, the courts have ruled the patents invalid.

A copy of this letter will also be sent to you via certified mail.

Regards,

Yukon Palmer

CEO

FieldLogix


[1] http://www.thefreelibrary.com/HighwayMaster+launches+Rolling+ETA+after+100+percent+successful+test.-a018109586

--

**9 attachments**


**Exhibit B.png**
202K


**Exhibit D.png**
317K


**Exhibit E.png**
160K


**Exhibit F.png**
311K

**Exhibit A.pdf**
506K

**Exhibit C.pdf**
113K

**Exhibit G.pdf**
6077K

**FieldLogix Claim Chart.pdf**
674K

**License Agreement[1].docx**
26K