Gary L. Eastman  (CSB #182518)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Tel: (619) 230-1144
Fax: (619) 230-1194

Attorney for Plaintiff, Veracity Wireless, Inc.

UNITED STATES DISTRICT COURT

SOURTHERN DISTRICT

| | |
|---|---|
| VERACITY WIRELESS, INC., a California  Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company," and DOES 1-20<br><br>Defendant. | Case No.: 3:17-cv-00295-JLS-BLM<br><br>**Proof of Service** |

AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Veracity Wireless, Inc., a California Corporation

*Plaintiff*

V.

Virtual Fleet Management, LLC, a Texas Limited Liability Company

*Defendant*

Civil Action No. 17cv0295-BTM-BLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VIRTUAL FLEET MANAGEMENT, LLC
525 MIST FLOWER DR.
LITTLE ELM, TX 75068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eastman & McCartney LLP
401 West A Street Suite 1785
San Diego, CA 92101
(619)230-1144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  2/14/17



John Morrill
*CLERK OF COURT*

S/                M. Lozano
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 17cv0295-BTM-BLM                                Date Issued:    2/14/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Virtual Fleet Management LLC
was received by me on *(date)* 6/7/17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Abby Hoyt, who is designated by law to accept service of process on behalf of *(name of organization)* Virtual Fleet Management LLC on *(date)* 6/9/17 @ 3:07 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75 for travel and $ _____ for services, for a total of $ 75.

I declare under penalty of perjury that this information is true.

Date: 6/9/17

Heather Bork SCH #8133 Exp 2/28/20
*Server's Signature*

Heather Bork - Private Process Server
*Printed name and title*

5930 LBJ FWY #330 Dallas, TX 75240
*Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.