1  Gary L. Eastman  (CSB #182518)
   Eastman & McCartney LLP
2  401 West A Street, Suite 1785
   San Diego, CA 92101
3  Tel: (619) 230-1144
   Fax: (619) 230-1194
4
5  Attorney for Plaintiff, Veracity Wireless, Inc.

6
7
8
9              UNITED STATES DISTRICT COURT
10                 SOURTHERN DISTRICT

| | |
|---|---|
| 11  VERACITY WIRELESS, INC., a California  Corporation, | Case No.: 3:17-cv-00295-JLS-BLM |
| 12 | **Request for Entry of Default Under F.R.C.P. 55** |
| 13              Plaintiff, | |
| 14 | |
| 15      vs. | **Judge:  Hon. Janis L. Sammartino** |
| 16  VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company," and DOES 1-20 | |
| 17 | |
| 18              Defendant. | |
| 19 | |

20
21
22         Comes now the Plaintiff VERACITY WIRELESS, INC. (hereinafter referred to as
23 "Veracity") requesting Entry of Default pursuant to Federal Rules of Civil Procedure 55, against
24 Defendant VIRTUAL FLEET MANAGEMENT, LLC (hereinafter referred to as "Virtual
25 Fleet") as follows:
26
27
28

1        The Complaint in this case was filed initially on February 14, 2017 (Doc. No. 1), and a First Amended Complaint (Doc. No. 5) was filed June 6, 2017.  The Summons and First Amended Complaint were served on Defendant Virtual Fleet Management, LLC on June 9, 2017 (Doc. No. 6).   To date, Defendant Virtual Fleet has failed to appear or otherwise defend.

       When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.  FRCP 55(a).

       Defendant Virtual Fleet has failed to plead or otherwise defend, and based on that ground, Plaintiff Veracity requests that Default be entered against Defendant Virtual Fleet.

Respectfully submitted,

Dated: July 19, 2018

Eastman & McCartney LLP

By: /s/  Gary L. Eastman
        Gary L. Eastman, Esq.
        Attorney for Plaintiff