

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veracity Wireless, Inc., a California Corporation<br><br>**Plaintiff,**<br><br>V.<br><br>Virtual Fleet Management, LLC, a Texas Limited Liability Company; Does 1-20<br><br>**Defendant.** | Civil No.  17cv0295-JLS-BLM<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Amended Complaint Filed on June 06, 2018 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Virtual Fleet Management, LLC, a Texas Limited Liability Company.

Entered On:  Jul 23, 2018            **JOHN MORRILL, Clerk of Court**

                                                                          By: s/ M. Lozano

                                                                                  M. Lozano, Deputy