John Mertens (#252762)
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, UT 84111
T: (801) 350-9000
F: (801) 350-9010
jmertens@pamhlaw.com

*Attorney for Defendant Virtual Fleet Management, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company, and DOES 1-20<br><br>Defendant. | No. 3:17-cv-00295-JLS-BLM<br><br>**NOTICE OF MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D<br>Date: October 4, 2018<br>Time: 1:30pm |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 4, 2018 at 1:30pm the matter may be heard in the courtroom of the Honorable Janis L. Sammartino at the United States District Court for the Southern District of California, 221 West Broadway, 4th floor, Courtroom 4D, San Diego, California. Defendant Virtual Fleet Management, LLC ("Virtual Fleet") will, and does hereby, move this Court to set aside the entry of default on the grounds that the default was entered as a result of excusable neglect, a mistaken belief that the parties were engaged in a mutual stand-down, and Plaintiff's lack of diligence. The equities weigh in favor of setting aside the default in these circumstances.

Prior to Defendant mistakenly filing its motion to dismiss without prejudice (Dkt. 11), Defendant, in good faith, sent a draft copy of the motion to Plaintiff on July 19, 2018 to facilitate a discussion to either conclude the matter through settlement or to continue with the litigation including filing an Answer and moving forward with a scheduling conference. Plaintiff received the draft motion and agreed to participate in a meet and confer on July 20, 2018 at 10:00 a.m. Counsel engaged in the meet and confer as scheduled, and Plaintiff did not indicate that any request for default had been filed or would be filed. Without notice, Plaintiff filed a request for entry of default at some point on the same day as the meet and confer. Because Defendant had not filed a notice of appearance, it did not receive CM/ECF notification of the filing until after it filed its motion to dismiss. When Defendant became aware of the entry of default, it immediately contacted Plaintiff requesting that the default be corrected or withdrawn. Plaintiff has not responded.

The Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, the Declaration of Joseph G. Pia, the proposed Answer, other related exhibits, all pleadings and documents on file in this matter, and upon such evidence and arguments as may properly come before the Court at the time of the hearing.

| | |
|---|---|
| Dated: August 9, 2018 | Respectfully submitted, |
| | */s/ John Mertens* |
| | John P. Mertens |
| | PIA ANDERSON MOSS HOYT |
| | 136 East South Temple, 19th Floor |
| | Salt Lake City, UT 84111 |
| | T: (801) 350-9000 |
| | F: (801) 350-9010 |
| | |
| | *Attorney for Defendant Virtual Fleet Management, LLC* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF MOTION TO SET ASIDE ENTRY OF DEFAULT** filed electronically, and pursuant to Local Civil Rule 5.2 was served on all registered ECF recipients via ECF electronic service on August 9, 2018.

/s/ *Hilda Echegaray*
Hilda Echegaray