# EXHIBIT 2

| | |
|---|---|
| **From:** | Joseph Pia |
| **Sent:** | Monday, August 6, 2018 3:43 PM |
| **To:** | William Chadwick |
| **Subject:** | FW: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet |

**From:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Date:** Friday, July 20, 2018 at 10:06 AM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Great. Will call you in little less than an hour.

**From:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Date:** Friday, July 20, 2018 at 10:01 AM
**To:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Subject:** RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Sure.  10:00 PST.

**From:** Joseph Pia [mailto:Joe.Pia@pamhlaw.com]
**Sent:** Thursday, July 19, 2018 7:28 PM
**To:** Gary L. Eastman
**Cc:** William Chadwick
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Hi Gary,

Are you available tomorrow or Monday for a meet and confer on the attached motion to dismiss the case without prejudice?

Thank you,
Joe

**PIA ANDERSON
MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pamhlaw.com

**From:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Date:** Thursday, April 19, 2018 at 2:36 PM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

1

Gary, just left another message with your assistant.  Please let me know your availability for a call.

Thank you,
Joe

**PIA ANDERSON
MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pamhlaw.com

---

**From:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Date:** Wednesday, April 18, 2018 at 8:59 AM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Thanks Gary.  I'm in the office most of the day, but sometimes in meetings.  Here is my mobile phone number as well since I carry it with me wherever I go: 

---

**From:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Date:** Tuesday, April 17, 2018 at 4:22 PM
**To:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Subject:** RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Joe – I am in our Bakersfield office today; will call you tomorrow.

Regards,

Gary

**Gary L. Eastman, Esq.
EASTMAN & MCCARTNEY LLP**
*Intellectual Property Matters*
401 West "A" Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Fax (619) 230-1194
www.EastmanMcCartney.com
Gary@EastmanMcCartney.com

This electronic message transmission contains information from this law firm which may be confidential or privileged.  The information is intended to be solely for the use of the intended recipient.  It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by state and federal law.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521 and other applicable law.  If you received this

2

e-mail message in error, please contact the sender by reply e-mail.  Please also permanently delete all copies of the original e-mail and any attached documentation.  Thank you.

---

**From:** Joseph Pia [mailto:Joe.Pia@pamhlaw.com]
**Sent:** Tuesday, April 17, 2018 2:20 PM
**To:** Gary L. Eastman
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Gary,

Just tried calling and left a message.  Are you available to speak tomorrow?

Thank you,
Joe

---

**From:** Joseph Pia <Joe.Pia@pamhlaw.com>
**Date:** Wednesday, April 4, 2018 at 11:05 AM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Gary,

Looks like the Court hasn't taken any action on this case. Can we wrap it up ▮▮▮▮▮▮? For comparison, we just licensed the patent in another case ▮▮▮▮▮▮

Joe

**PIA ANDERSON
MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pamhlaw.com

---

**From:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Date:** Wednesday, December 6, 2017 at 6:37 PM
**To:** Joe Pia <Joe.pia@pa-law.com>
**Subject:** RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Please confirm if tomorrow at 9 am PST works for you.

Thx



3

**Gary L. Eastman, Esq.**
**EASTMAN & MCCARTNEY LLP**
*Intellectual Property Matters*
401 West "A" Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Fax (619) 230-1194
www.EastmanMcCartney.com
Gary@EastmanMcCartney.com

This electronic message transmission contains information from this law firm which may be confidential or privileged.  The information is intended to be solely for the use of the intended recipient.  It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by state and federal law.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521 and other applicable law.  If you received this e-mail message in error, please contact the sender by reply e-mail.  Please also permanently delete all copies of the original e-mail and any attached documentation.  Thank you.

**From:** Joseph Pia [mailto:Joe.pia@pa-law.com]
**Sent:** Wednesday, December 06, 2017 10:44 AM
**To:** Gary L. Eastman
**Cc:** Chrystal Mancuso-Smith
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Gary,

I just called and left you a message. How is your availability tomorrow for a call?

Joe Pia


**PIA ANDERSON**
**MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pa-law.com


**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Wednesday, November 8, 2017 at 12:24 PM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Cc:** Chrystal Mancuso-Smith <CMancuso@pa-law.com>
**Subject:** Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Gary,

Do you have a response to this offer?  The Court may appreciate getting this case off of its docket where we are within striking range.

Joe

**PIA ANDERSON**
**MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pa-law.com

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Wednesday, October 25, 2017 at 4:12 PM
**To:** "Gary L. Eastman" <gary@eastmanmccartney.com>
**Cc:** Chrystal Mancuso-Smith <CMancuso@pa-law.com>
**Subject:** RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet

Gary,

Per our call, Virtual Fleet offers an irrevocable, perpetual, non-exclusive license and a covenant not to sue for a paid-in-full license fee ▇▇▇▇▇▇▇.  Upon payment, the suit and any counterclaims would be dismissed with prejudice.

Attached is a copy of Virtual Fleet's standard license agreement form for your review with the relevant information of the parties included.

Joe

**PIA ANDERSON**
**MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pa-law.com

---

 Virus-free. www.avg.com

5