John P. Mertens (Cal. Bar No. 252762)
JMertens@pamhlaw.com
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, UT 84111
T: (801) 350-9000
F: (801) 350-9010

*Attorney for Defendant Virtual Fleet Management, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company, and DOES 1-20<br>Defendant. | No. 3:17-cv-00295-JLS-BLM<br><br>**DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>**Hearing Date:** October 4, 2018<br>**Time:** 1:30 PM<br>**Judge:** Hon. Janis L. Sammartino<br>**Courtroom:** 4D |

Defendant Virtual Fleet Management, LLC ("Defendant"), by and through their counsel of record, hereby moves the Court to allow counsel for Defendant to appear by telephone at the hearing on Defendant's Motion to Set Aside Entry of Default scheduled for October 4, 2018 at 1:30 p.m. Defendant's counsel resides in Salt Lake City, Utah, making the cost associated with him traveling to California for the scheduled hearing burdensome for the Defendant.

RESPECTFULLY SUBMITTED this 29th day of August, 2018.

*/s/ John Mertens*
John P. Mertens
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, UT 84111
T: (801) 350-9000
F: (801) 350-9010

*Attorney for Defendant Virtual Fleet Management, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the forgoing **DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT** filed electronically, and pursuant to Local Civil Rule 5.2 was served on all registered EDF recipients via ECF electronic service on August 29, 2018.

*/s/ Hilda Echegaray*
Hilda Echegaray