Gary L. Eastman  (CSB #182518)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Tel: (619) 230-1144
Fax: (619) 230-1194

Attorney for Plaintiff, Veracity Wireless, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| VERACITY WIRELESS, INC., a California  Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company," and DOES 1-20<br><br>Defendant. | **Case No.: 3:17-cv-00295-JLS-BLM**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT VIRTUAL FLEET MANAGEMENT, LLC**<br><br>Judge:  Hon. Janis L. Sammartino<br>Courtroom: 4D<br>Date: October 4, 2018<br>Time: 1:30pm |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 4, 2018, at 1:30 pm or as soon thereafter as this matter may be heard, in the above-entitled Court, located at 221

1  West Broadway, 4th floor, Courtroom 4D, San Diego, California, Plaintiff
2  Veracity Wireless, Inc. ("Veracity") will and hereby does respectively move this
3  Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry
4  of default judgment, including declaring that Veracity's FieldLogix GPS-based
5  fleet management systems and services do not infringe any claim of the 6,958,701
6  Patent ("the '701 Patent") under 35 U.S.C. § 271, declaring that the '701 Patent is
7  invalid, declaring that the sale and offer for sale of Veracity's products and
8  services do not constitute unfair competition under Federal law, declaring that the
9  conduct of Virtual Fleet Management, LLC ("Defendant") constitutes unfair
10 competition and unfair trade practices in violation of California Business and
11 Professions Code Section 17200 *et seq.*, entering a permanent injunction
12 restraining Defendant and its agents and licensees from charging patent
13 infringement or instituting an action for infringement against Veracity or its
14 affiliates, subsidiaries, parents, or successors, or distributors, customers, or users
15 of Veracity's FieldLogix GPS-based fleet management systems and services, and
16 awarding attorneys' fees and costs.

17      Veracity brings this Motion on the grounds that Defendant is not an infant
18 or incompetent person.  Defendant was served the Summons and First Amended
19 Complaint in this lawsuit, was well aware of its obligations to respond in this
20 lawsuit, however failed to respond timely and properly to the First Amended
21 Complaint.  On July 23, 2018, the Clerk of this Court entered a default against
22 Defendant for failure to appear, plead, or otherwise answer Veracity's Complaint
23 within the time allowed by law.

24      This Motion is based on this Notice of Motion and Motion, the
25 Memorandum of Points and Authorities filed in support thereof, the Declaration of
26 Gary L. Eastman, the default entered by the Clerk of this Court on July 23, 2018,
27 and the files and records in this action.
28

1
2                                              Respectfully submitted,
3
4  Dated: September 5, 2018
5                                              Eastman & McCartney LLP
6                                              By: ___/s/ Gary L. Eastman
7                                                      Gary L. Eastman, Esq.
                                                       Attorney for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On September 5, 2018, at my place of business in San Diego, California, I served a copy of the following document:

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and a copy will be electronically mailed to the following recipients via ECF electronic service:

John Mertens, Esq.
Pia Anderson Moss Hoyt
136 East South Temple, 19th Floor
Salt Lake City, Utah 84111

Attorneys for Defendant Virtual Fleet Management, LLC

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on September 5, 2018, in San Diego, California.

By:   /s/ Gary Eastman
      Gary Eastman