Gary L. Eastman  (CSB #182518)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Tel: (619) 230-1144
Fax: (619) 230-1194

Attorney for Plaintiff, Veracity Wireless, Inc.

UNITED STATES DISTRICT COURT

SOURTHERN DISTRICT

| | |
|---|---|
| VERACITY WIRELESS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company," and DOES 1-20<br><br>Defendant. | **Case No.: 3:17-cv-00295-JLS-BLM**<br><br>**Declaration of Gary L. Eastman In Support of Plaintiff's Request for Entry of Default Judgment Under F.R.C.P. 55**<br><br>**Judge:  Hon. Janis L. Sammartino** |

I, Gary L. Eastman, hereby declare as follows:

1. I am an attorney for Plaintiff Veracity Wireless, Inc. ("Veracity") in the above entitled action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.
2. I filed the Complaint in this action on February 14, 2017.
3. I filed a First Amended Complaint in this action on June 6, 2017.
4. I coordinated the service of the Summons and First Amended Complaint on Defendant Virtual Fleet Management, LLC's Agent for Service of Process. Said service was made by a process server on June 9, 2017.
5. Since the filing of this case, I have spoken with counsel for Defendant Virtual Fleet Management, LLC on many occasions. During these discussions, Defendant counsel acknowledged receipt of the First Amended Complaint.
6. Counsel discussed resolution of this case and several extensions of time to respond were agreed upon.
7. The time period for Defendant Virtual Fleet Management, LLC to file an Answer or otherwise respond has long expired.
8. Attached as Exhibit 1 is a true and correct copy of an email exchange between me and Mr. Joseph Pia, counsel for Defendant Virtual Fleet Management, LLC dated June 27, 2017, in which Mr. Pia states he is securing local counsel and requests a 30 day extension, and my response granting the informal extension of 30 days and denying any infringement.
9. Attached as Exhibit 2 is a true and correct copy of an email between me and Mr. Joseph Pia, counsel for Defendant Virtual Fleet Management, LLC dated August 3, 2017, granting another informal extension of two weeks. Portions of the email string dated July 5, 2017 noted as RULE 408

COMMUNICATION related to allegations of infringement have been redacted.

10. Attached as Exhibit 3 is a true and correct copy of an email between me and Mr. Joseph Pia, counsel for Defendant Virtual Fleet Management, LLC dated August 22, 2017, granting a final extension of two weeks; no other informal extension was granted.  Again, portions of the email string dated July 5, 2017 noted as RULE 408 COMMUNICATION related to allegations of infringement have been redacted.

11. Attached as Exhibit 4 is a true and correct copy of a listing of email messages between me and Mr. Joseph Pia as printed out from my email program Outlook ®, demonstrating intermittent communication between counsel for Plaintiff Veracity Wireless, Inc. and counsel for Defendant Virtual Fleet Management, LLC.

12. At no times has Defendant Virtual Fleet Management, LLC withdrawn its allegations of patent infringement against Plaintiff.

13. At no times has Plaintiff Veracity Wireless, Inc. acknowledged any infringement of the '701 Patent or any liability whatsoever to Defendant Virtual Fleet Management, LLC.

14. All offers for "license" made by Virtual Fleet Management, LLC were unequivocally rejected by Veracity Wireless, Inc.

15. Plaintiff Veracity Wireless, Inc. has incurred substantial attorney fees in filing the Complaint, responding to Defendant's Motion to Set Aside the Default, and bringing this Motion for Default Judgment.

///
///
///
///

1   I certify and declare under penalty of perjury under the laws of the United
2   States of America and the State of California that the foregoing is true and correct.

5   Dated: September 5, 2018

Eastman & McCartney LLP

By: /s/  Gary L. Eastman
　　　Gary L. Eastman, Esq.
　　　Attorney for Plaintiff

# EXHIBIT 1

# Gary L. Eastman

| | |
|---|---|
| **From:** | Gary L. Eastman <gary@eastmanmccartney.com> |
| **Sent:** | Tuesday, June 27, 2017 4:15 PM |
| **To:** | 'Joseph Pia' |
| **Subject:** | RE: Veracity v. Virtual Fleet |

Joe –

Thank you for your call.  I will consent to your request for an extension of time to Answer or otherwise respond until Friday July 28, 2017.

Meanwhile, I appreciate your reviewing the merits of your client's technical analysis as we firmly believe that the our clients' respective technologies are vastly different and that there is simply no infringement either literally or under the doctrine of equivalents.

Regards,

Gary



**Gary L. Eastman, Esq.**
**EASTMAN & MCCARTNEY LLP**
*Intellectual Property Matters*
401 West "A" Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Fax (619) 230-1194
www.EastmanMcCartney.com
Gary@EastmanMcCartney.com

This electronic message transmission contains information from this law firm which may be confidential or privileged.  The information is intended to be solely for the use of the intended recipient.  It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by state and federal law.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521 and other applicable law.  If you received this e-mail message in error, please contact the sender by reply e-mail.  Please also permanently delete all copies of the original e-mail and any attached documentation.  Thank you.

---

**From:** Joseph Pia [mailto:Joe.pia@pa-law.com]
**Sent:** Tuesday, June 27, 2017 3:06 PM
**To:** Gary@eastmanmccartney.com
**Subject:** Veracity v. Virtual Fleet

Gary,

We are in the process of securing local counsel and ask for a 30-day extension.  Also, I'd like to speak with you in the next couple of days if you have availability.

Joe Pia

**PIA ANDERSON**
**MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pa-law.com

 Virus-free. www.avg.com

2

# EXHIBIT 2

# Gary L. Eastman

| | |
|---|---|
| **From:** | Gary L. Eastman <gary@eastmanmccartney.com> |
| **Sent:** | Thursday, August 03, 2017 3:59 PM |
| **To:** | 'Joseph Pia' |
| **Cc:** | 'Chrystal Mancuso-Smith' |
| **Subject:** | RE: Veracity v. Virtual Fleet |

Joe –

Thank you. This confirms the extension for another two weeks for a response to the Complaint. I will reach out to the court per our discussion.

Regards,

Gary



**Gary L. Eastman, Esq.**
**EASTMAN & MCCARTNEY LLP**
*Intellectual Property Matters*
401 West "A" Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Fax (619) 230-1194
www.EastmanMcCartney.com
Gary@EastmanMcCartney.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be solely for the use of the intended recipient. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by state and federal law. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521 and other applicable law. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

---

**From:** Joseph Pia [mailto:Joe.pia@pa-law.com]
**Sent:** Thursday, August 03, 2017 3:27 PM
**To:** gary@eastmanmccartney.com
**Cc:** Chrystal Mancuso-Smith
**Subject:** FW: Veracity v. Virtual Fleet

Gary,

Thanks for the call today and for the informal 2-week extension on the Answer. Also appreciated is your willingness to reach out to the clerk to see if there is a way to press pause on the case during the interim.

1

# EXHIBIT 3

# Gary L. Eastman

| | |
|---|---|
| **From:** | Gary L. Eastman <gary@eastmanmccartney.com> |
| **Sent:** | Tuesday, August 22, 2017 5:53 PM |
| **To:** | 'Joseph Pia' |
| **Cc:** | 'Chrystal Mancuso-Smith' |
| **Subject:** | RE: Veracity v. Virtual Fleet |

Joe – I am out of the office this week on vacation, so let's extend the deadline another two weeks so that we can get some progress on the settlement efforts.

Regards,

Gary



**Gary L. Eastman, Esq.**
**EASTMAN & MCCARTNEY LLP**
*Intellectual Property Matters*
401 West "A" Street, Suite 1785
San Diego, CA 92101
**(619) 230-1144**
Fax (619) 230-1194
www.EastmanMcCartney.com
Gary@EastmanMcCartney.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be solely for the use of the intended recipient. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by state and federal law. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521 and other applicable law. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

**From:** Joseph Pia [mailto:Joe.pia@pa-law.com]
**Sent:** Tuesday, August 22, 2017 11:17 AM
**To:** Gary L. Eastman
**Cc:** Chrystal Mancuso-Smith
**Subject:** Re: Veracity v. Virtual Fleet

Hi Gary – I think we are up against our agreed-to deadline. Wanted to check in on settlement discussions and see where we go from here.

Thanks,
Joe

# EXHIBIT 4

| ☼ | 🗋 | 📎 | From ▲ | Subject | Received |
|---|---|---|---|---|---|

From: Joseph Pia (26 items)

| | From | Subject | Received |
|---|---|---|---|
| | Joseph Pia | FW: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Mon 8/6/2018 2:43 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Mon 8/6/2018 1:22 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Fri 7/27/2018 1:42 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 7/25/2018 10:25 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Mon 7/23/2018 9:11 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Fri 7/20/2018 9:07 AM |
| 📎 | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Thu 7/19/2018 7:28 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Thu 4/19/2018 1:37 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 4/18/2018 8:00 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Tue 4/17/2018 2:21 PM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 4/4/2018 10:05 AM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Tue 12/19/2017 8:20 AM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Tue 12/12/2017 9:08 AM |
| 📎 | Joseph Pia | Re: Veracity v. Virtual Fleet | Thu 12/7/2017 9:18 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Thu 12/7/2017 8:09 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 12/6/2017 10:45 AM |
| | Joseph Pia | Re: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 11/8/2017 11:25 AM |
| 📎 | Joseph Pia | RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 10/25/2017 3:13 PM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Mon 10/23/2017 3:50 PM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Tue 9/5/2017 1:21 PM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Tue 8/22/2017 11:18 AM |
| 📎 | Joseph Pia | FW: Veracity v. Virtual Fleet | Thu 8/3/2017 3:28 PM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Thu 7/27/2017 1:14 PM |
| 📎 | Joseph Pia | Re: Veracity v. Virtual Fleet | Wed 7/5/2017 5:13 PM |
| | Joseph Pia | Re: Veracity v. Virtual Fleet | Tue 6/27/2017 4:22 PM |
| | Joseph Pia | Veracity v. Virtual Fleet | Tue 6/27/2017 3:06 PM |

| ⌃ 🗋 📎 To | Subject | Sent |
|---|---|---|
| **To: 'Joseph Pia' (8 items)** | | |
| 'Joseph Pia' | RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Fri 7/20/2018 9:00 AM |
| 'Joseph Pia' | RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Tue 4/17/2018 3:21 PM |
| 'Joseph Pia' | RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 12/6/2017 5:37 PM |
| 'Joseph Pia' | RE: RULE 408 COMMUNICATIONS Re: Veracity v. Virtual Fleet | Wed 12/6/2017 11:35 AM |
| 'Joseph Pia' | RE: Veracity v. Virtual Fleet | Tue 8/22/2017 5:53 PM |
| 'Joseph Pia' | RE: Veracity v. Virtual Fleet | Thu 8/3/2017 3:59 PM |
| 'Joseph Pia' | RE: Veracity v. Virtual Fleet | Tue 6/27/2017 4:15 PM |
| 'Joseph Pia' | RE: Veracity v. Virtual Fleet | Tue 6/27/2017 3:33 PM |

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On September 5, 2018, at my place of business in San Diego, California, I served a copy of the following document:

**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT UNDER FRCP 55**

The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and a copy will be electronically mailed to the following recipients via ECF electronic service:

John Mertens, Esq.
Pia Anderson Moss Hoyt
136 East South Temple, 19th Floor
Salt Lake City, Utah 84111

Attorneys for Defendant Virtual Fleet Management, LLC

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on September 5, 2018, in San Diego, California.

By: /s/ Gary Eastman
Gary Eastman

---

Declaration of Eastman In Support of                                    17-CV-00295-JLS-BLM
Request For Entry of Default Judgment Under FRCP 55

9