UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, and DOES 1-20,<br><br>        Defendants. | Case No.: 17-CV-295-JLS (BLM)<br><br>**ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 13, 16) |

Presently before the Court is Defendant Virtual Fleet Management LLC's Motion to Set Aside Default (ECF No. 13) and Plaintiff Veracity Wireless, Inc.'s Motion for Default Judgment (ECF No. 16) (together, the "Motions"). The Court vacates the hearing on the Motions set for October 4, 2018, at 1:30 p.m. and takes the matters under submission without oral argument.

**IT IS SO ORDERED.**

Dated: September 27, 2018

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge