# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| VERACITY WIRELESS, INC | Plaintiff, | Civil No. 3:17-cv-00295 |
|---|---|---|
| v. | | **PRO HAC VICE APPLICATION** |
| VIRTUAL FLEET MANAGEMENT, | Defendant. | Virtual Fleet Management, LLC |
| | | Party Represented |

I, __William B. Chadwick__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Pia Anderson Moss Hoyt
Street address: 136 East South Temple, 19th Floor
City, State, ZIP: Salt Lake City, UT 84111
Phone number: 801-350-9000
Email: WChadwick@pamhlaw.com

That on __Oct 17, 2017__ (Date) I was admitted to practice before __U.S. District Court-Utah__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)   ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application:   ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John P. Mertens                                       801-350-9000
(Name)                                                (Telephone)

Pia Anderson Moss Hoyt
(Firm)

136 E. South Temple, 19th Floor,        Salt Lake City, Utah        84111
(Street)                                (City)                     (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)