UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC., a California Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company, and DOES 1–20,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  17cv295-JLS(BLM)<br><br>**ORDER DENYING WITHOUT PREJUDICE THE PARTIES' JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 29]** |

　　　　On March 19, 2019, the parties filed a joint motion to continue the Early Neutral Evaluation conference ("ENE") currently scheduled for March 28, 2019.  ECF No. 29.  In support, the parties state that "on March 28, 2019, counsel for Defendant John P. Mertens will be on a pre-arranged and pre-paid vacation with his family, and Joseph G. Pia will be in Washington, DC preparing for an oral argument before the Federal Circuit Court . . . ." Id. at 2.

　　　　The parties proposed March 22, 2019 and April 26, 2019 as alternative dates for the ENE.  Id.  The Court is not available for either of the parties' proposed dates but is available on March 27, 2019 at 9:30 a.m. or 2:00 p.m.  Therefore, the Court **DENIES WITHOUT PREJUDICE** the parties' joint motion to continue the ENE.  The parties may file a joint motion to reset the ENE

1 in accordance with the Court's availability.

2 **IT IS SO ORDERED**.

3

4 Dated: 3/20/2019

5 Hon. Barbara L. Major
United States Magistrate Judge

2