UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTUAL FLEET MANAGEMENT, LLC, and DOES 1-20, <br><br> Defendants. | Case No.: 17-CV-295 JLS (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES PENDING DISMISSAL** <br><br> (ECF No. 34) |

Presently before the Court is Plaintiff Veracity Wireless, Inc. and Defendant Virtual Fleet Management, LLC's Joint Motion to Stay All Deadlines and Notice of Settlement ("Joint Mot.," ECF No. 34). The Parties inform the Court that they have reached a settlement in principle and, therefore, request that the Court stay all deadlines so that they "may finalize settlement documents, and file appropriate dismissal papers with the court." *Id.* at 2. Good cause appearing, the Court **GRANTS** the Joint Motion. All pending deadlines are **VACATED**, and the Parties **SHALL FILE** dismissal papers or a joint status report <u>within thirty (30) days</u> of the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated: March 28, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge