UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERACITY WIRELESS, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>VIRTUAL FLEET MANAGEMENT,<br>LLC, and DOES 1-20,<br><br>                                    Defendants. | Case No.:  17-CV-295 JLS (BLM)<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 36) |

Presently before the Court is Plaintiff Veracity Wireless, Inc. and Defendant Virtual Fleet Management, LLC's Stipulated Motion to Dismiss with Prejudice ("Joint Mot.," ECF No. 36).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.  The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 30, 2019

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge